**Objection Deadline: June 16, 2017**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Brett H. Miller
Todd M. Goren
Erica J. Richards

*Attorneys for the Official Committee of Unsecured*
*Creditors of Republic Airways Holdings Inc., et al.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| REPUBLIC AIRWAYS HOLDINGS INC., *et al.*,[1] | ) | 16-10429 (SHL) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FOURTEENTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP**
**AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD APRIL 1, 2017 THROUGH APRIL 30, 2017**

| **Name of Applicant:** | **Morrison & Foerster LLP** |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | April 28, 2016 *nunc pro tunc* to March 4, 2016 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2017 through April 30, 2017 (the "Fee Period") |

---

[1] The Debtors in these chapter 11 cases are the following entities: Republic Airways Services, Inc.; Shuttle America Corporation; Republic Airline Inc.; Republic Airways Holdings Inc.; Midwest Air Group, Inc.; Midwest Airlines, Inc.; and Skyway Airlines, Inc.  The Debtors' employer tax identification numbers and addresses are set forth in their respective chapter 11 petitions.

ny-1285461

| Name of Applicant: | Morrison & Foerster LLP |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $73,553.00 (80% = $58,842.40)[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,437.71 |

This is a(n) **X** monthly ___ interim __ final application.  No prior application was filed for this Fee Period.[3]

---

[2]  As an accommodation to the Committee, Morrison & Foerster has agreed that it will only seek payment of an additional 10% of its fees as part of its interim fee applications.  Morrison & Foerster will defer payment of the remaining 10% of its fees until its final fee application, and will only seek payment of the remaining 10% if authorized by the Committee.  This accommodation will only affect the fees charged by Morrison & Foerster's professionals and paraprofessionals.  Any expenses incurred by Morrison & Foerster will be reimbursed at the cost associated with such expense.  Additionally, as a further accommodation to the Committee and consistent with applicable billing guidelines, Morrison & Foerster is not seeking payment for time spent reviewing its time entries for confidential information and compliance with billing guidelines.

[3]  Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

ny-1285461

Pursuant to sections 330, 331 and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated March 23, 2016 [Docket No. 214] (the "Interim Compensation Order"), the law firm of Morrison & Foerster LLP ("Morrison & Foerster" or the "Firm"), attorneys for the Official Committee of Unsecured Creditors of Republic Airways Holdings Inc. and its subsidiaries that are debtors and debtors-in-possession in these proceedings (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for:  (i)  compensation in the amount of $73,553.00 for the actual, reasonable and necessary legal services rendered to the Debtors during the Fee Period (80% of which is $58,842.40)[4] and (ii) reimbursement for the actual and necessary expenses incurred by Morrison & Foerster during the Fee Period in the amount of $3,437.71.

**Itemization of Services Rendered and Disbursements Incurred**

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a summary of the prior fee statements submitted by Morrison & Foerster and the amounts paid by the Debtors in connection with these chapter 11 cases.

- **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Morrison & Foerster's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by Morrison & Foerster in accordance with its internal billing procedures.  Morrison & Foerster is requesting $73,553.00 in fees during the

---

[4] As an accommodation to the Committee, Morrison & Foerster has agreed that it will only seek payment of an additional 10% of its fees as part of its interim fee applications.  Morrison & Foerster will defer payment of the remaining 10% of its fees until its final fee application, and will only seek payment of the remaining 10% if authorized by the Committee.  This accommodation will only affect the fees charged by Morrison & Foerster's professionals and paraprofessionals.  Any expenses incurred by Morrison & Foerster will be reimbursed at the cost associated with such expense.  Additionally, as a further accommodation to the Committee and consistent with applicable billing guidelines, Morrison & Foerster is not seeking payment for time spent reviewing its time entries for confidential information and compliance with billing guidelines.

ny-1285461

Fee Period. Pursuant to this Monthly Fee Statement, Morrison & Foerster seeks reimbursement for 80% of such fees, which is $58,842.40.

- **Exhibit C** is a schedule providing certain information regarding the Morrison & Foerster attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Morrison & Foerster have **expended** a total of 90.3 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit D** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Morrison & Foerster is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit E** consists of Morrison & Foerster's time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Morrison & Foerster requests (a) payment in the amount of $58,842.40 for actual, reasonable and necessary legal services rendered to the Debtors during the Fee Period (which is 80% of $73,553.00) and (b) reimbursement in the amount of $3,437.71 for the actual and necessary expenses incurred by Morrison & Foerster during the Fee Period, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated: May 31, 2017
New York, New York

/s/ Todd M. Goren
Brett H. Miller
Todd M. Goren
Erica J. Richards
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for the Official Committee of Unsecured Creditors*

4

**Exhibit A**

ny-1285461

**Prior Fee Requests**

| Filing Name, Filing Date, Docket No. | Period Covered | Total Fees and Expenses Requested | Amounts Requested | | Amounts Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| First Monthly Fee Statement<br><br>May 3, 2016<br><br>[Dkt. No. 502] | Mar. 4, 2016 – Mar. 31, 2016 | $419,039.41 | $415,962.50 | $3,076.91 | $374,366.25 | $3,076.91 |
| Second Monthly Fee Statement<br><br>May 20, 2016<br><br>[Dkt. No. 576] | Apr. 1, 2016 – Apr. 30, 2016 | $509,884.96 | $503,497.00 | $6,387.96 | $452,985.90 | $6,387.96 |
| Third Monthly Fee Statement<br><br>June 20, 2016<br><br>[Dkt. No. 702] | May 1, 2016 – May 31, 2016 | $197,483.46 | $197,008.50 | $474.96 | $157,606.80 | $474.96 |
| Fourth Monthly Fee Statement<br><br>July 20, 2016<br><br>[Dkt. No. 803] | June 1, 2016 – June 30, 2016 | $278,284.77 | $275,162.25 | $3,122.52 | $220,129.80 | $3,122.52 |
| Fifth Monthly Fee Statement<br><br>August 22, 2016<br><br>[Dkt. No. 915] | July 1, 2016 – July 31, 2016 | $152,865.74 | $150,804.00 | $2,061.74 | $120,643.20 | $2,061.74 |
| Sixth Monthly Fee Statement<br><br>Sept. 20, 2016<br><br>[Dkt. No. 1014] | Aug. 1, 2016 – Aug. 31, 2016 | $63,454.00 | $63,424.00 | $30.00 | $50,739.20 | $30.00 |
| Seventh Monthly Fee Statement<br><br>Oct. 24, 2016<br><br>[Dkt. No. 1139] | Sep. 1, 2016 – Sep. 30, 2016 | $257,845.15 | $256,779.00 | $1,066.15 | $205,423.20 | $1,066.15 |
| Eighth Monthly Fee Statement<br><br>Nov. 22, 2016<br><br>[Dkt. No. 1220] | Oct. 1, 2016 – Oct. 31, 2016 | $303,997.54 | $303,213.00 | $784.54 | $242,570.40 | $784.54 |
| Ninth Monthly Fee Statement<br><br>Dec. 2, 2016<br><br>[Dkt. No. 1253] | Nov. 1, 2016 – Nov. 30, 2016 | $412,553.21 | $410,481.50 | $2,071.71 | $328,385.21 | $2,071.71 |

ny-1285461

| Filing Name, Filing Date, Docket No. | Period Covered | Total Fees and Expenses Requested | Amounts Requested | | Amounts Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| Tenth Monthly Fee Statement<br><br>Jan. 23, 2017<br><br>[Dkt. No. 1427] | Dec. 1, 2016 – Dec. 31, 2016 | $382,977.44 | $382,385.00 | $592.44 | $305,908.00 | $592.44 |
| Eleventh Monthly Fee Statement<br><br>Feb. 22, 2017<br><br>[Dkt. No. 1525] | Jan. 1, 2017 – Jan. 31, 2017 | $509,632.09 | $506,478.25 | $3,153.84 | $405,182.60 | $3,153.84 |
| Twelfth Monthly Fee Statement<br><br>Mar. 22, 2017<br><br>[Dkt. No. 1628] | Feb. 1, 2017 – Feb. 28, 2017 | $318,572.57 | $315,672.50 | $2,900.07 | $252,538.00 | $2,900.07 |
| Thirteenth Monthly Fee Statement<br><br>Apr. 21, 2017<br><br>[Dkt. No. 1726] | Mar. 1, 2017 – Mar. 31, 2017 | $211,120.99 | $210,280.50 | $840.49 | $168,224.40 | $840.49 |

**Exhibit B**

ny-1285461

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 0.40 | $406.00 |
| 007 | Case Administration | 5.40 | $1,803.00 |
| 009 | Corporate Governance and Board Matters | 15.90 | $16,310.50 |
| 011 | Employment and Fee Applications | 5.10 | $2,627.00 |
| 015 | Meetings and Communications with Creditors | 16.40 | $15,830.00 |
| 016 | Non-Working Travel | 20.40 | $20,706.00 |
| 017 | Plan and Disclosure Statement | 18.10 | $19,162.50 |
| 024 | Hearings | 7.60 | $7,061.00 |
| 032 | Time Entry Review | 1.00 | $978.00 |
| **Total Incurred:** | | **90.30** | **$84,884.00** |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **$(10,353.00)** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **$(978.00)** |
| **Total Requested:** | | | **$73,553.00** |

ny-1285461

**Exhibit C**

ny-1285461

**Attorney and Paraprofessional Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $960.00 | 1.00 | $960.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $1,015.00 | 61.90 | $62,828.50 |
| Lui, Bradley S. | Partner | 1989 | Litigation | $1,050.00 | 0.50 | $525.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,195.00 | 7.50 | $8,962.50 |
| Butterfield, Benjamin W. | Associate | 2014 | Business Restructuring & Insolvency | $660.00 | 0.30 | $198.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $830.00 | 10.10 | $8,383.00 |

The Morrison & Foerster paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 9 ½ years | Business Restructuring & Insolvency | $340.00 | 6.80 | $2,312.00 |
| Braun, Danielle | Paralegal | 3 ½ years | Business Restructuring & Insolvency | $325.00 | 2.20 | $715.00 |

ny-1285461

## Blended Rates

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,033.51 | 70.9 | $73,276.00 |
| Associates and Attorneys | $825.09 | 10.4 | $8,581.00 |
| **Total Incurred by all Attorneys:** | **$1,006.85** | **81.3** | **$81,857.00** |
| Less Client Accommodation for Non-Working Travel (50% of Fees Incurred): | | | $(10,353.00) |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | | $(978.00) |
| **Blended Attorney Rate:** | **$867.47** | **81.3** | **$70,526.00** |
| Paraprofessionals and Non-Legal Staff | $336.33 | 9.0 | $3,027.00 |
| **Total Requested:** | **$814.54** | **90.3** | **$73,553.00** |

**Exhibit D**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Travel | $2,280.37 |
| EDiscovery-Iris- Managed Services | $3.36 |
| Business Meals | $1,040.00 |
| Travel Meals | $25.98 |
| Miscellaneous Disbursement - Court filing service | $88.00 |
| **Total Requested** | **$3,437.71** |

ny-1285461

**Exhibit E**

ny-1285461

# MORRISON | FOERSTER

|  |  |
|---|---|
| PO BOX 742335<br>LOS ANGELES<br>CALIFORNIA 90074-2335<br><br>TELEPHONE: 415 268 7000<br>FACSIMILE: 415 268 7522<br><br>WWW.MOFO.COM | MORRISON & FOERSTER LLP<br><br>NEW YORK, SAN FRANCISCO,<br>LOS ANGELES, PALO ALTO,<br>SAN DIEGO, WASHINGTON D.C.,<br>DENVER, NORTHERN VIRGINIA<br><br>TOKYO, BEIJING, SHANGHAI,<br>HONG KONG, SINGAPORE<br><br>LONDON, BRUSSELS, BERLIN |

Republic Airways Holdings Inc.
8909 Purdue Road, Suite 300
Indianapolis, Indiana 46268
Attn: Ethan J. Blank, V.P., General Counsel

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number: 5629918
Invoice Date: May 31, 2017

Client/Matter Number: 076544-0000001

Matter Name: BANKRUPTCY OF
REPUBLIC AIRWAYS
HOLDINGS INC

Client Contact:   Ethan J. Blank, V.P., General Counsel

RE:        BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

---

*For Professional Services Rendered and Disbursements Incurred through April 30, 2017*

|  | U.S.Dollars |
|---|---|
| Current Fees | 84,884.00 |
| Client Accommodation – 1/2 Non-Working Travel | (10,353.00) |
| Client Accommodation – Time Entry Review | (978.00) |
| Current Fees Value | 73,553.00 |
| Current Disbursements | 3,437.71 |
| **Total This Invoice** | **76,990.71** |

---

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 076544-0000001  
Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number: 5629918  
Invoice Date: May 31, 2017

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **Business Operations** | | | | |
| 21-Apr-17 | Analyze March monthly operating report. | Goren, Todd M. | 0.40 | 406.00 |
| **Total: 006** | **Business Operations** | | **0.40** | **406.00** |
| **Case Administration** | | | | |
| 03-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review (.2); update internal calendar (.2). | Braun, Danielle Eileen | 0.40 | 130.00 |
| 04-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 05-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 06-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review (.2); update internal calendar (.3). | Braun, Danielle Eileen | 0.50 | 162.50 |
| 07-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 10-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review. | Braun, Danielle Eileen | 0.20 | 65.00 |
| 11-Apr-17 | Analyze dockets and circulate update to internal working group with substantial filings for attorney review (.2); update internal calendar (.3). | Braun, Danielle Eileen | 0.50 | 162.50 |
| 12-Apr-17 | Update case calendar and provide updates to internal working group (.2); circulate notice of ECF filings to attorneys (.1). | Guido, Laura | 0.30 | 102.00 |
| 13-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 14-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and provide updates to internal working group (.2). | Guido, Laura | 0.40 | 136.00 |
| 17-Apr-17 | Update case calendar and provide updates to internal working group. | Guido, Laura | 0.40 | 136.00 |
| 18-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |

2

**MORRISON | FOERSTER**

Matter Number: 076544-0000001  
Matter Name:  BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number: 5629918  
Invoice Date: May 31, 2017

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 19-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 20-Apr-17 | Update case calendar and provide updates to internal working group. | Guido, Laura | 0.10 | 34.00 |
| 21-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 24-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2); update case calendar and provide updates to internal working group (.2). | Guido, Laura | 0.50 | 170.00 |
| 25-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 27-Apr-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 28-Apr-17 | Circulate notice of ECF filings to attorneys (.1); update case calendar and provide updates to internal working group (.2). | Guido, Laura | 0.30 | 102.00 |
| **Total: 007** | **Case Administration** | | **5.40** | **1,803.00** |

**Corporate Governance and Board Matters**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 05-Apr-17 | Analyze revised draft shareholders' agreement. | Bell, Jeffery | 0.30 | 288.00 |
| 05-Apr-17 | Analyze proposed changes to shareholders agreement (.4); correspond with W. Kolasky (Hughes Hubbard) regarding same (.3). | Goren, Todd M. | 0.70 | 710.50 |
| 05-Apr-17 | Analyze and comment on revisions to shareholder agreements to satisfy DOJ concerns. | Miller, Brett H. | 0.60 | 717.00 |
| 06-Apr-17 | Correspond with board regarding status on HSR approval. | Goren, Todd M. | 0.40 | 406.00 |
| 11-Apr-17 | Analyze updated amendments to stockholders agreements (.5); correspond with Debtors regarding same (.4). | Goren, Todd M. | 0.90 | 913.50 |
| 12-Apr-17 | Analyze request by DOJ for language changes to corporate documents. | Miller, Brett H. | 0.60 | 717.00 |
| 13-Apr-17 | Call with S. Gibson (Skyworks) regarding meetings with board of directors and shareholders (.6); correspond with L. Gobillot regarding executive compensation materials (.2). | Goren, Todd M. | 0.80 | 812.00 |
| 17-Apr-17 | Meet with American Airlines and new board (2.7); pre-meeting with S. Gibson (Skyworks), L. Gobillot and D. Grizzle regarding same (1.4); discuss preparation of meeting with S. Gibson (.8). | Goren, Todd M. | 4.90 | 4,973.50 |

3

# MORRISON | FOERSTER

Matter Number: 076544-0000001
Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number: 5629918
Invoice Date: May 31, 2017

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 18-Apr-17 | Correspond with M. Bilbao (Imperial) regarding corporate documents. | Goren, Todd M. | 0.40 | 406.00 |
| 19-Apr-17 | Analyze proposed amendment to corporate charter. | Goren, Todd M. | 0.30 | 304.50 |
| 24-Apr-17 | Correspond with T. Goren regarding share certificates. | Bell, Jeffery | 0.50 | 480.00 |
| 26-Apr-17 | Meet with United and new board (3.4); prepare with M. Bilbao (Imperial) regarding same (1.2); follow-up meeting with L. Gobillot (.9). | Goren, Todd M. | 5.50 | 5,582.50 |
| **Total: 009** | **Corporate Governance and Board Matters** | | **15.90** | **16,310.50** |

**Employment and Fee Applications**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 06-Apr-17 | Analyze draft Korn Ferry final fee statement. | Richards, Erica J. | 0.50 | 415.00 |
| 13-Apr-17 | Prepare and redact expense reimbursement request for International Brotherhood of Teamsters airline division for March 2017. | Guido, Laura | 0.40 | 136.00 |
| 18-Apr-17 | Analyze draft March Skyworks fee statement. | Richards, Erica J. | 0.30 | 249.00 |
| 19-Apr-17 | Prepare Skyworks retention statement for filing. | Guido, Laura | 0.40 | 136.00 |
| 20-Apr-17 | File and serve March fee statements of Imperial (.2) and Skyworks (.2). | Guido, Laura | 0.40 | 136.00 |
| 21-Apr-17 | Analyze and revise March fee statement. | Goren, Todd M. | 0.40 | 406.00 |
| 21-Apr-17 | Serve Skyworks' and Imperial's March fee statements upon U.S. Trustee (.2); prepare MoFo's March fee statement (.6); revise same (.4). | Guido, Laura | 1.20 | 408.00 |
| 24-Apr-17 | Serve MoFo's March fee statement upon U.S. Trustee (.2); prepare and file affidavit of service for Committee's professionals March 2017 fee statements (.3). | Guido, Laura | 0.50 | 170.00 |
| 26-Apr-17 | Discuss final fee statement with J. Valdes (Korn Ferry) (.2); analyze Korn Ferry retention order (.1). | Butterfield, Benjamin | 0.30 | 198.00 |
| 27-Apr-17 | Correspond with S. Richardson (Zirinsky) regarding Ice Miller retention. | Goren, Todd M. | 0.20 | 203.00 |
| 28-Apr-17 | File and serve Committee expense reimbursement statement (.3); prepare and file affidavit of service for same (.2). | Guido, Laura | 0.50 | 170.00 |
| **Total: 011** | **Employment and Fee Applications** | | **5.10** | **2,627.00** |

**Meetings and Communications with Creditors**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Apr-17 | Correspond with creditors regarding confirmation status. | Goren, Todd M. | 0.20 | 203.00 |
| 03-Apr-17 | Call with counsel for Embraer regarding case status. | Lui, Bradley S. | 0.50 | 525.00 |

4

# MORRISON | FOERSTER

Matter Number: 076544-0000001
Matter Name:  BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number:  5629918
Invoice Date: May 31, 2017

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 04-Apr-17 | Correspond with Committee regarding upcoming call and case developments (.4); analyze and respond to creditor questions regarding plan value (.5). | Richards, Erica J. | 0.90 | 747.00 |
| 05-Apr-17 | Correspond with Committee regarding DOJ comments. | Bell, Jeffery | 0.20 | 192.00 |
| 05-Apr-17 | Correspond with Committee regarding HSR update and changes to shareholders agreement. | Goren, Todd M. | 0.60 | 609.00 |
| 05-Apr-17 | Correspond with Committee members regarding case developments. | Richards, Erica J. | 0.50 | 415.00 |
| 06-Apr-17 | Call with S. Sass (creditor counsel) regarding plan status. | Goren, Todd M. | 0.20 | 203.00 |
| 08-Apr-17 | Correspond with S. Gibson (Skyworks) and M. Bilbao (Imperial) regarding American Airlines meeting. | Goren, Todd M. | 0.20 | 203.00 |
| 11-Apr-17 | Correspond with Committee members regarding case status and upcoming Committee call. | Richards, Erica J. | 0.80 | 664.00 |
| 12-Apr-17 | Participate on Committee call regarding case status and updates. | Miller, Brett H. | 0.50 | 597.50 |
| 12-Apr-17 | Participate on Committee call regarding case status and updates. | Richards, Erica J. | 0.50 | 415.00 |
| 13-Apr-17 | Analyze correspondence to Committee regarding confirmation and Residco update. | Goren, Todd M. | 0.30 | 304.50 |
| 13-Apr-17 | Correspond with Committee regarding case developments and status conference. | Richards, Erica J. | 0.80 | 664.00 |
| 18-Apr-17 | Correspond with Committee regarding upcoming call. | Richards, Erica J. | 0.20 | 166.00 |
| 19-Apr-17 | Prepare for (.3) and participate on (.6) weekly Committee call regarding case status and updates; call with S. Gibson (Skyworks) regarding meetings with American Airlines and United Airlines (.6); correspond with T. Healey (Katten) regarding post-effective date status (.2). | Goren, Todd M. | 1.70 | 1,725.50 |
| 19-Apr-17 | Participate on weekly Committee call regarding case status and updates. | Richards, Erica J. | 0.60 | 498.00 |
| 20-Apr-17 | Correspond with Committee regarding Judge Lane's ruling regarding request for stay pending appeal by Residco. | Miller, Brett H. | 0.40 | 478.00 |
| 20-Apr-17 | Correspond with Committee regarding outcome of confirmation hearing. | Richards, Erica J. | 0.50 | 415.00 |
| 21-Apr-17 | Call with M. Edelman (Vedder) regarding plan and claim status (.3); correspond with creditors regarding questions to plan effective date (.3). | Goren, Todd M. | 0.60 | 609.00 |
| 21-Apr-17 | Correspond with Committee regarding case developments. | Richards, Erica J. | 0.30 | 249.00 |

5

# MORRISON | FOERSTER

Matter Number: 076544-0000001  
Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number: 5629918  
Invoice Date: May 31, 2017

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 24-Apr-17 | Correspond with Committee regarding plan status (.4); correspond with T. Healey (Katten) regarding questions regarding same (.3); calls with various creditors regarding plan effective date status (.4); correspond with S. Gibson (Skyworks) and M. Bilbao (Imperial) regarding United meeting logistics (.3). | Goren, Todd M. | 1.40 | 1,421.00 |
| 25-Apr-17 | Call with M. Burke (Sidley) regarding plan status. | Goren, Todd M. | 0.10 | 101.50 |
| 26-Apr-17 | Correspond with Committee regarding upcoming Committee call. | Richards, Erica J. | 0.20 | 166.00 |
| 27-Apr-17 | Prepare for (.4) and participate on (.7) weekly Committee call regarding case status; call with T. Healey (Katten) regarding plan distributions (.3); correspond with W. Wilder (IBT counsel) regarding plan timing (.2). | Goren, Todd M. | 1.60 | 1,624.00 |
| 27-Apr-17 | Correspond with Committee regarding effective date and initial distribution of reorganized Republic stock. | Miller, Brett H. | 0.80 | 956.00 |
| 27-Apr-17 | Participate on weekly Committee call regarding case status. | Richards, Erica J. | 0.70 | 581.00 |
| 28-Apr-17 | Correspond with B. Harbor (Mudrick) regarding shareholders agreement (.3); call with T. Healey (Katten) regarding plan distributions (.2). | Goren, Todd M. | 0.50 | 507.50 |
| 28-Apr-17 | Call with creditor regarding execution of shareholders agreement. | Richards, Erica J. | 0.10 | 83.00 |
| 30-Apr-17 | Correspond with Committee regarding effective date status. | Goren, Todd M. | 0.50 | 507.50 |
| **Total: 015** | **Meetings and Communications with Creditors** | | **16.40** | **15,830.00** |

**Non-Working Travel**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 17-Apr-17 | Travel to/from Dallas for meeting with American Airlines and new board. | Goren, Todd M. | 10.80 | 10,962.00 |
| 26-Apr-17 | Travel to/from Chicago for meeting with United. | Goren, Todd M. | 9.60 | 9,744.00 |
| **Total: 016** | **Non-Working Travel** | | **20.40** | **20,706.00** |

**Plan and Disclosure Statement**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 03-Apr-17 | Correspond with T. Healey (Katten) regarding HSR review. | Goren, Todd M. | 0.20 | 203.00 |
| 04-Apr-17 | Call and correspond with W. Kolasky (Hughes Hubbard) regarding HSR status (.4); correspond with airline counsel regarding same (.3). | Goren, Todd M. | 0.70 | 710.50 |
| 05-Apr-17 | Call with S. Friedberg (Seaport) regarding status of confirmation order. | Miller, Brett H. | 0.30 | 358.50 |
| 07-Apr-17 | Correspond with B. Zirinsky (Zirinsky) regarding plan status. | Goren, Todd M. | 0.40 | 406.00 |

6

**MORRISON | FOERSTER**

Matter Number: 076544-0000001
Matter Name:  BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number:  5629918
Invoice Date: May 31, 2017

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Apr-17 | Analyze decision on Residco plan objection. | Goren, Todd M. | 1.10 | 1,116.50 |
| 11-Apr-17 | Analyze amended confirmation order and changes to plan related to potential DOJ settlement. | Miller, Brett H. | 1.60 | 1,912.00 |
| 12-Apr-17 | Call with Debtors and airlines regarding HSR status (1.1); call with B. Zirinsky (Zirinsky) regarding same (.3); correspond with airline counsel regarding same (.4); analyze and revise updated draft of confirmation order (.6); correspond with M. Edelman (Vedder) regarding same (.2). | Goren, Todd M. | 2.60 | 2,639.00 |
| 13-Apr-17 | Analyze proposed Residco plan stay language (.3); call with M. Edelman (Vedder) regarding same (.2); analyze updated draft of confirmation order (.6). | Goren, Todd M. | 1.10 | 1,116.50 |
| 13-Apr-17 | Analyze and comment on proposed confirmation language proposed by Residco (.5); correspond with Debtors regarding Residco carve-out language (.4). | Miller, Brett H. | 0.90 | 1,075.50 |
| 18-Apr-17 | Correspond with B. Zirinsky (Zirinsky) and M. Edelman (Vedder) regarding confirmation order language (.4); analyze amended plan supplement schedule (.5); correspond with W. Kolasky (Hughes Hubbard) regarding HSR status (.2); analyze Debtor and codeshare side letters to DOJ (.4). | Goren, Todd M. | 1.50 | 1,522.50 |
| 18-Apr-17 | Analyze and comment on proposed confirmation order language proposed by Residco (.4); analyze correspondence regarding amended confirmation order (.5). | Miller, Brett H. | 0.90 | 1,075.50 |
| 19-Apr-17 | Analyze precedent for plan and disclosure statement approval motions. | Richards, Erica J. | 0.20 | 166.00 |
| 20-Apr-17 | Analyze Residco plan stay language (.3); correspond with Zirinsky regarding same (.2). | Goren, Todd M. | 0.50 | 507.50 |
| 20-Apr-17 | Analyze confirmation order for plan of reorganization. | Miller, Brett H. | 0.90 | 1,075.50 |
| 21-Apr-17 | Analyze press release regarding plan (.3); correspond with directors regarding status of same (.3). | Goren, Todd M. | 0.60 | 609.00 |
| 24-Apr-17 | Call with B. Zirinsky (Zirinsky) regarding plan status (.2); analyze plan and shareholders agreement regarding questions on same (.6); correspond with C. Samuelson (Hughes Hubbard) regarding share issuance under plan (.3). | Goren, Todd M. | 1.10 | 1,116.50 |
| 26-Apr-17 | Analyze proposed initial share distribution list (.4); correspond with Debtors regarding same (.2). | Goren, Todd M. | 0.60 | 609.00 |
| 27-Apr-17 | Analyze shareholder distribution analysis (.4); correspond with B. Zirinsky (Zirinsky) regarding same (.2). | Goren, Todd M. | 0.60 | 609.00 |

7

## MORRISON | FOERSTER

Matter Number: 076544-0000001  
Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC

Invoice Number: 5629918  
Invoice Date: May 31, 2017

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 28-Apr-17 | Calls and correspond with B. Zirinsky (Zirinsky) (.4), D. Klein (Davis Polk) (.6) and J. Baker (Latham) (.2) regarding initial share distribution under plan; analyze proposed amended share distribution (.4). | Goren, Todd M. | 1.60 | 1,624.00 |
| 30-Apr-17 | Analyze proposed shareholder distribution under plan (.2); correspond with J. Allman (Republic) regarding same (.2); analyze notice of effective date (.3). | Goren, Todd M. | 0.70 | 710.50 |
| **Total: 017** | **Plan and Disclosure Statement** | | **18.10** | **19,162.50** |
| | | | | |
| **Hearings** | | | | |
| 12-Apr-17 | Coordinate 4/13 CourtCall hearing appearance. | Guido, Laura | 0.20 | 68.00 |
| 13-Apr-17 | Prepare for (1.1) and attend (1.1) omnibus hearing regarding exclusivity and confirmation status. | Goren, Todd M. | 2.20 | 2,233.00 |
| 13-Apr-17 | Attend omnibus hearing telephonically. | Richards, Erica J. | 1.10 | 913.00 |
| 20-Apr-17 | Prepare for (.7) and attend (1.7) confirmation hearing. | Goren, Todd M. | 2.40 | 2,436.00 |
| 20-Apr-17 | Attend confirmation hearing. | Richards, Erica J. | 1.70 | 1,411.00 |
| **Total: 024** | **Hearings** | | **7.60** | **7,061.00** |
| | | | | |
| **Time Entry Review** | | | | |
| 20-Apr-17 | Analyze March time detail for compliance with U.S. Trustee guidelines. | Richards, Erica J. | 0.20 | 166.00 |
| 21-Apr-17 | Analyze March time detail for compliance with U.S. Trustee guidelines. | Goren, Todd M. | 0.80 | 812.00 |
| **Total: 032** | **Time Entry Review** | | **1.00** | **978.00** |

|  |  |
|--|--|
| **Current Fees** | **73,553.00** |

8

# MORRISON | FOERSTER

| | |
|---|---|
| Matter Number: 076544-0000001 | Invoice Number: 5629918 |
| Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC | Invoice Date: May 31, 2017 |

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 15632 | Bell, Jeffery | 960.00 | 1.00 | 960.00 |
| 14140 | Goren, Todd M. | 1,015.00 | 61.90 | 62,828.50 |
| 03474 | Lui, Bradley S. | 1,050.00 | 0.50 | 525.00 |
| 14117 | Miller, Brett H. | 1,195.00 | 7.50 | 8,962.50 |
| 20018 | Butterfield, Benjamin | 660.00 | 0.30 | 198.00 |
| 14078 | Richards, Erica J. | 830.00 | 10.10 | 8,383.00 |
| 13849 | Guido, Laura | 340.00 | 6.80 | 2,312.00 |
| 18387 | Braun, Danielle Eileen | 325.00 | 2.20 | 715.00 |
| | Client Accommodation – ½ Non-Working Travel | | | (10,353.00) |
| | Client Accommodation – Time Entry Review | | | (978.00) |
| | **TOTAL** | | **90.30** | **73,553.00** |

9

**MORRISON | FOERSTER**

Matter Number: 076544-0000001                         Invoice Number: 5629918
Matter Name:  BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC      Invoice Date: May 31, 2017

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| 006 | Business Operations | 0.40 | 406.00 |
| 007 | Case Administration | 5.40 | 1,803.00 |
| 009 | Corporate Governance and Board Matters | 15.90 | 16,310.50 |
| 011 | Employment and Fee Applications | 5.10 | 2,627.00 |
| 015 | Meetings and Communications with Creditors | 16.40 | 15,830.00 |
| 016 | Non-Working Travel | 20.40 | 20,706.00 |
| 017 | Plan and Disclosure Statement | 18.10 | 19,162.50 |
| 024 | Hearings | 7.60 | 7,061.00 |
| 032 | Time Entry Review | 1.00 | 978.00 |
| | Client Accommodation – ½ Non-Working Travel | | (10,353.00) |
| | Client Accommodation – Time Entry Review | | (978.00) |
| | **TOTAL** | **90.30** | **73,553.00** |

10

# MORRISON | FOERSTER

Matter Number: 076544-0000001                    Invoice Number: 5629918
Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC          Invoice Date: May 31, 2017

## Disbursement Detail

| Date | Description | Value |
|------|-------------|-------|
| 23-Mar-17 | Travel, taxi/car service, B. Krakauer (Sidley), ground travel to airport, following Committee meeting, 3/23/17 | 92.67 |
| 11-Apr-17 | Travel, plane, T. Goren, travel to Dallas for meetings, 4/17/17 | 397.20 |
| 11-Apr-17 | Travel, plane, T. Goren, travel from Dallas following meetings, 4/17/17 | 353.63 |
| 20-Apr-17 | Travel, taxi/car service, T. Goren, ground travel to airport, traveling to Dallas for meetings, 4/17/17 | 78.55 |
| 20-Apr-17 | Travel, taxi/car service, T. Goren, ground travel from airport, traveling from Dallas following meetings, 4/17/17 | 90.31 |
| 26-Apr-17 | Travel, plane, T. Goren, travel to Chicago for meetings, 4/26/17 | 985.40 |
| 26-Apr-17 | Travel, taxi/car service, T. Goren, ground travel from airport, traveling to Chicago for meetings, 4/26/17 | 56.75 |
| 26-Apr-17 | Travel, taxi/car service, T. Goren, ground travel from meeting, traveling from Chicago following meetings, 4/26/17 | 57.00 |
| 26-Apr-17 | Travel, taxi/car service, T. Goren, ground travel to airport, traveling to Chicago for meetings, 4/26/17 | 78.55 |
| 27-Apr-17 | Travel, taxi/car service, T. Goren, ground travel from airport, traveling from Chicago for meetings, 4/27/17 | 90.31 |
| 01-Apr-17 | EDiscovery, Iris Managed Services, eDiscovery March 2017 | 3.36 |
| 19-Apr-17 | Court filing service, CourtCall, E. Richards, 4/13/17, hearing | 44.00 |
| 27-Apr-17 | Court filing service, CourtCall, E. Richards, 4/20/17, hearing | 44.00 |
| 10-Mar-17 | Business meals, 4 attendees, Republic meeting, 3/10/17 | 80.00 |
| 21-Mar-17 | Business meals, 8 attendees, Republic meeting, 3/21/17 | 160.00 |
| 22-Mar-17 | Business meals, 35 attendees, Republic meeting, 3/22/17 | 700.00 |
| 17-Apr-17 | Travel meals, T. Goren plus 4 attendees, lunch, in Dallas for meetings, 4/17/17 | 100.00 |
| 17-Apr-17 | Travel meals, T. Goren, breakfast, traveling to Dallas for meeting, 4/17/17 | 10.55 |
| 17-Apr-17 | Travel meals, T. Goren, dinner, in Dallas for meetings, 4/17/17 | 15.43 |

| | **Current Disbursements** | **3,437.71** |
|---|---|---|

11

**MORRISON | FOERSTER**

Matter Number: 076544-0000001　　　　　　　　　　　Invoice Number: 5629918
Matter Name: BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC　　Invoice Date: May 31, 2017

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 73,553.00 |
| Total Disbursements | 3,437.71 |
| **Total Amount Due** | **76,990.71** |

12

**MORRISON | FOERSTER**

Matter Number:  076544-0000001                                  Invoice Number:  5629918
Matter Name:  BANKRUPTCY OF REPUBLIC AIRWAYS HOLDINGS INC       Invoice Date: May 31, 2017

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|------|----------------|----------|-------------------------|------------------|--------------------|
| 27-Apr-16 | 5520329 | USD | 419,039.41 | 377,443.16 | 41,596.25 |
| 18-May-16 | 5526633 | USD | 509,884.96 | 459,373.86 | 50,511.10 |
| 20-Jun-16 | 5534689 | USD | 197,483.46 | 158,081.76 | 39,401.70 |
| 20-Jul-16 | 5542061 | USD | 278,284.77 | 223,252.32 | 55,032.45 |
| 22-Aug-16 | 5552250 | USD | 152,865.74 | 122,704.94 | 30,160.80 |
| 20-Sep-16 | 5559208 | USD | 63,454.00 | 50,769.20 | 12,684.80 |
| 24-Oct-16 | 5571164 | USD | 257,845.15 | 206,489.35 | 51,355.80 |
| 22-Nov-16 | 5580496 | USD | 303,997.54 | 243,354.94 | 60,642.60 |
| 02-Dec-16 | 5581690 | USD | 412,553.21 | 330,456.92 | 82,096.29 |
| 20-Jan-17 | 5594100 | USD | 382,977.44 | 306,500.44 | 76,477.00 |
| 22-Feb-17 | 5603471 | USD | 509,632.09 | 408,336.44 | 101,295.65 |
| 22-Mar-17 | 5611611 | USD | 318,572.57 | 255,438.07 | 63,134.50 |
| 21-Apr-17 | 5619612 | USD | 211,120.99 | 169,064.89 | 42,056.10 |

13